# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **DUSTIN SIEVERS,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case No. 4:16-CV-01330-CDP |
| ) | |
| **GOJET AIRLINES, LLC,** ) | |
|     **Defendant.** ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for attorneys' fees and expenses. After careful consideration, the Court will grant the motion in its entirety. The Court considers plaintiff to be the prevailing party for the purposes of the ability to recover attorneys' fees and litigation expenses pursuant to 38 U.S.C. § 4323(h)(2) and finds the hourly rates charged by plaintiff's counsel ($400/hour for Russell C. Riggan; $300.00/hour for Samuel W. Moore) to be reasonable and consistent with the market rates for experienced labor and employment trial attorneys. The Court further finds that the total amount of attorneys' fees and litigation expenses sought by plaintiff to be reasonable considering the history of the case and the amount of work expended by plaintiff's counsel.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorneys' fees and expenses [70] is granted, and defendant shall pay plaintiff $170,00.00 in reasonable attorneys' fees and litigation expenses. Defendant shall pay this amount to plaintiff's counsel, Riggan Law Firm, LLC, and shall issue payment within seven (7) days of this Order.

                                              CATHERINE D. PERRY
                                              UNITED STATES DISTRICT JUDGE

Dated this 2nd day of May, 2018.